## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**PAMELA MULKEY**                                    **CIVIL ACTION NO.**

**VERSUS**                                          **20-796-JWD-EWD**

**CRACKER BARREL**
**OLD COUNTRY STORE**

## <u>OPINION</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 26, 2022, (Doc. 31), to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss,[1] filed by Defendant Cracker Barrel Old Country Store, is **GRANTED,** and that this action is **DISMISSED WITH PREJUDICE**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>September 12, 2022</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] R. Doc. 23.